CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, Respondent, *v.* STANDARD ACCIDENT INSURANCE COMPANY, Appellant.

CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, Respondent, *v.* STANDARD ACCIDENT INSURANCE COMPANY, Appellant, Impleaded with Another.

(Argued June 1, 1933; decided July 11, 1933.)

*Jay Leo Rothschild, Walter S. Beck* and *Samuel Saltzman* for appellant.

*Henry S. Manley* for respondent.

no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien and Crouch, JJ.   Not sitting: Hubbs, J.